Jueces concurrentes, Sres. Presidente, Quiñones y Asociados Hernández y MacLeary.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.

---

## Ex Parte Bernardini Et Al.

Apelación procedente de la Corte de Distrito de Ponce.

No. 26.—Resuelto en Octubre 19, 1903.

Habeas Corpus—Acusación—Irregularidades. — Cualesquiera que sean las irregularidades de que adolezca una acusación no pueden ser consideradas en un procedimiento de habeas corpus, á no ser que la hagan seriamente defectuosa.

Apelación.—Siendo competente el Tribunal sentenciador para conocer del delito, y estando ajustada á derecho la pena impuesta á los acusados, y no habiendo motivo alguno que justifique la revocación de la sentencia dictada por la Corte inferior, debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. del Toro, Fiscal.*

La parte apelante no compareció.

No. 36.—Decided October 19, 1903.

El Juez Asociado Sr. MacLeary, emitió la siguiente opinión del Tribunal.

En esta causa los acusados habían sido declarados culpables bajo las leyes de juegos prohibidos y condenados á multa y prisión. Se presentó una solicitud á favor de ellos al Tribunal de Distrito de Ponce, pidiendo un auto de habeas corpus que fué expedido, y en el acto de la vista se les negó á los acusados la libertad.

Los motivos en que se fundan para pedir justicia son, que la información es defectuosa por cuanto no demuestra el delito y no fué hecha en el nombre del Pueblo de Puerto Rico; y que la pena no guarda proporción con el delito del que fueron declarados culpables.

No hay nada en los autos que demuestre cual era la forma de la información ó cuales eran los defectos si es que los había en los mismos. Se halla consignada en dichos autos una copia de la sentencia condenatoria, y esta parece ser regular y justa en todos sus puntos.

Cualesquiera que hayan sido las irregularidades en la información á no ser que éstas la hagan seriamente defectuosa no pueden ser consideradas en procedimientos de habeas corpus. Consta que el Tribunal sentenciador era competente para conocer del delito y que la pena se ajusta á los términos de la ley. No se demostró que había motivo para poner en libertad á los acusados, y éstos fueron debidamente devueltos á la Cárcel de Distrito.

No habiéndose demostrado buenas razones para esta apelación debe confirmarse la sentencia del Tribunal inferior con las costas á los recurrentes.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones, y Asociados, Hernández y Sulzbacher,

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.